1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  ANTHONY MICHAEL TERRY,                    CASE NO. C13-1326-MJP

11                        Petitioner,          ORDER DISMISSING PETITION
                                               WITHOUT PREJUDICE AND
12          v.                                 DENYING ISSUANCE OF A
                                               CERTIFICATE OF
13  JEFFRY UTTECHT,                            APPEALABILITY

14                        Respondent.

15

16          The Court, having reviewed Petitioner's 28 U.S.C. § 2254 Petition for Writ of Habeas

17  Corpus, Respondent's Answer, Petitioner's Reply, the Report and Recommendation of the

18  Honorable Mary Alice Theiler, United States Magistrate Judge, Petitioner's objections, and the

19  remaining record, finds and orders as follows:

20          1.  The Report and Recommendation is ADOPTED;

21          2.  Petitioner's § 2254 habeas petition is DISMISSED without prejudice to refiling once

22              all claims have been fully exhausted in state court.  "Before a federal court may

23              consider the merits of a state prisoner's petition for a writ of habeas corpus, the

24              prisoner generally must first exhaust his available state court remedies."  Smith v.

ORDER DISMISSING PETITION WITHOUT
PREJUDICE AND DENYING ISSUANCE OF A
CERTIFICATE OF APPEALABILITY- 1

1    Baldwin, 510 F.3d 1127, 1137-38 (9th Cir. 2007).  Petitioner has not exhausted his

2    available state court remedies in regard to his fifth claim in which he alleges a due-

3    process violation based on the effect of cumulative trial errors.  (Dkt. No. 19 at 1.)

4    Petitioner states, "Cumulative error is not in itself a ground for relief, but merely a

5    process used by the federal courts to evaluate the prejudice from several underlying

6    constitutional violations."  (Dkt. No. 20 at 2.)  A claim of cumulative error "comes

7    into play when no single trial error is, on its own, sufficiently prejudicial to warrant

8    reversal[;]" it is a separate claim from the others he raises in his petition.  See Wooten

9    v. Kirkland, 540 F.3d 1019, 1025 (9th Cir. 2008).  Petitioner has not exhausted his

10   state remedies because he failed to bring a claim of cumulative error on appeal and

11   failed to file a personal restraint petition.  (Dkt. No. 19 at 2.)  Until Petitioner has

12   exhausted his available state remedies, this Court cannot hear his petition for habeas

13   corpus.  28 U.S.C. § 2254(b).

14   3.  Petitioner is DENIED issuance of a certificate of appealability; and

15   4.  The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

16   Dated February 12, 2014.

17

18   _____

19   Marsha J. Pechman
     United States District Judge

20

21

22

23

24

ORDER DISMISSING PETITION WITHOUT
PREJUDICE AND DENYING ISSUANCE OF A
CERTIFICATE OF APPEALABILITY- 2